DRY DOCK SAVINGS INSTITUTION, Appellant, v. 103 EAST 75TH STREET APARTMENTS, INC., Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See *post,* p. 999.]

DEPARTMENT OF PUBLIC WELFARE OF THE CITY OF NEW YORK, Respondent, v. GENO WORRELL, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

In the Matter of HERMAN I. ZACHARIA, Appellant. LINEN SHRINKING Co., INC., et al., Tenants; S. B. NOVELTY Co., INC., et al., Respondents.— Order unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

JOSEPH TUTTIE, Respondent, v. GREATER NEW YORK CORPORATION OF SEVENTH DAY ADVENTISTS, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

STANLEY CLARKE, as Trustee of ASSOCIATED GAS AND ELECTRIC COMPANY, Debtor, Appellant, v. ADOLPH GREENBERG et al., Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See *post,* p. 935.]

In the Matter of the Estate of CARRIE GUGGENHEIM, Deceased. CLARENCE L. MYERS et al., as Executors of CARRIE GUGGENHEIM, Deceased, Appellants; STATE TAX COMMISSION, Respondent.— Order unanimously affirmed, with $20 costs and disbursements payable out of the estate. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [185 Misc. 606.]

NORMAN THOMAS, Respondent, v. LESTER M. HUNT et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

BENJAMIN H. ROTH, Appellant, v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [186 Misc. 403.]

MOLLIE KANOWITZ, as Administratrix of the Estate of BECKIE KANOWITZ, Deceased, et al., Respondents, v. HARRY MUNDEL, Appellant, et al., Defendants.— Order unanimously modified to the extent of amending the title, and as so modified affirmed, with $20 costs and disbursements to the respondents. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

SOCIEDADE INTERCAMBIO MERC. ARG. BRASILEIRA, Appellant, v. IRVING HERMAN, INC., et al., Respondents.— Orders, so far as appealed from, affirmed, with $20 costs and disbursements, with leave to the defendants to serve an amended answer within ten days after service of the order, with notice of entry thereof. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.; Martin, P. J., dissents and votes to reverse and grant the motion to strike out the counterclaim pleaded by the defendant Irving Herman, Inc. [See *post,* p. 998.]

### (May 13, 1946.)

NEW YORK POST CORPORATION v. WILLIAM J. KELLEY et al., Constituting the New York State Labor Relations Board. Motion for leave to appeal to the Court of Appeals and for a stay granted. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ. [See *ante,* p. 916.]

HEARST CONSOLIDATED PUBLICATIONS, INC., v. WILLIAM J. KELLEY et al.,